# Exhibit A



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

null / ALL
Transmittal Number: 13961567
Date Processed: 06/30/2015

| | |
|---|---|
| Primary Contact: | Shannan R. Powell<br>Portfolio Recovery Associates, Inc.<br>140 Corporate Boulevard<br>Norfolk, VA 23502 |
| Entity: | Portfolio Recovery Associates, LLC<br>Entity ID Number 1653471 |
| Entity Served: | Portfolio Recovery Associates, LLC |
| Title of Action: | Jarrett R. Jenkins vs. Portfolio Recovery Associates LLC |
| Document(s) Type: | Summons |
| Nature of Action: | Other |
| Court/Agency: | Nassau County District Court, First District, New York |
| Case/Reference No: | CV-007978-15 |
| Jurisdiction Served: | New York |
| Date Served on CSC: | 06/29/2015 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Jarrett R. Jenkins<br>Not Shown |

Notes:   Document is as served. Only Summons was served. One page document.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

*Deft. Copy*

DISTRICT COURT OF THE COUNTY OF NASSAU
FIRST DISTRICT; CIVIL PART

CV-007978-15

INDEX NO.:

Jarrett R. Jenkins,

SUMMONS

(without FORMAL PLEADINGS)

Plaintiff(s)

-against-

Portfolio Recovery Associates, LLC
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502-4962

Plaintiff's Residence Address:
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

Defendant(s)

The basis of the venue designated is:
Plaintiff's Address

To the above named defendant(s):

YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF NASSAU, FIRST District, at the office of the Clerk of the said court at 99 Main Street, Hempstead in the County of Nassau, State of New York, either (i) by serving and answer * within 20 days after service of this summons upon you, exclusive of the day of service, upon plaintiff at the address stated above or (ii) by appearing at the clerk's office within 20 days after service of this summons upon you exclusive of the day of service, by having the clerk of the court endorse your answer upon this summons; upon your failure to answer, judgment will be taken against you for the sum of $1,500 with interest thereon from the 5th day of June, 2011, together with the costs of this action.

Date: the 1th day of June, 2015

Pro Se Plaintiff

*You need not physically go to court to serve an answer under option (i). However, you are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within ten days after service of the answer.

Statement of the nature and substance of plaintiff's cause of action Damage caused to Person pursuant to 47 U.S.C. § 227.

Ordered that formal pleadings be dispensed with pursuant to 22 NYCRR section 212.7(a), Nassau County District Court Rules.

Date: June 1, 2015

Sandra Lee
Clerk Civil Term